# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 7. Mediation Questionnaire

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 19-15660

**Case Name** | Nevada Restaurant Services, Inc. v. City of Las Vegas, et al.

**Counsel submitting this form**

Spencer H. Gunnerson

**Represented party/ parties**

Nevada Restaurant Services, Inc., dba Dotty's

*Briefly describe the dispute that gave rise to this lawsuit.*

This dispute concerns Defendants preventing one Dotty's tavern location, Dotty's #110, from receiving its applied-for permanent restricted gaming license for 15 gaming machines. Dotty's #110 obtained its special use permit from the City in July 2014, obtained approval from the Nevada Gaming Control Board and Nevada Gaming Commission for a restricted gaming license in November 2014, complied with all city and state laws for operating a tavern with a restricted gaming license, and opened its doors under a temporary restricted gaming license for 15 machines issued by the City on March 9, 2015, while waiting to obtain its permanent restricted gaming license for 15 machines at the next City Council meeting on April 15, 2015—just as the City had done over the preceding nearly 20 years with 14 of Plaintiff's previous taverns. Every other tavern who applied for 15 machines from the City Council before, during, and after Plaintiff's pending license for Dotty's #110 obtained their permanent restricted gaming license for 15 machines. Dotty's #110, however, faced constant scrutiny, delays, and, after operating in the City for over eight months, had the number of its gaming machines reduced by the City Council from 15 to 7. Plaintiff filed suit against the City of Las Vegas and the City Council of Las Vegas thereafter.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** | *1* | *Rev. 12/01/2018*

*Briefly describe the result below and the main issues on appeal.*

Plaintiff filed suit against Defendants for Petition for Writ of Mandamus; Judicial Review; Equal Protection Violation; Violation of 42 U.S.C. § 1983; Injunctive Relief; and Declaratory Relief. Early on, the District Court denied Plaintiff's Ex Parte Request for Temporary Restraining Order with Notice and Motion for Preliminary Injunction. The District Court also denied Plaintiff's Renewed Motion for Preliminary Injunction. The parties later proceeded to trial on Plaintiff's Equal Protection Violation and Violation of 42 U.S.C. § 1983 claims. The jury entered a verdict in favor of Plaintiff and awarded Plaintiff damages of nearly $4 million. After the jury trial, the District Court entered its Order on Plaintiff's remaining claims for Writ of Mandamus, Judicial Review, Injunctive Relief, and Declaratory Relief. The District Court denied the injunctive relief claim, and remanded the City Council's decision to reduce Dotty's #110's gaming machines from 15 to 7 back to the City Council for reconsideration. In that Order, the District Court also denied Plaintiff's Motion to Supplement the Record. The main issues on appeal include whether the District Court erred by: (1) not ruling on the writ of mandamus and judicial review claims and instead remanding the decision back to the City Council for reconsideration; (2) denying Plaintiff's request for injunctive relief; and (3) denying Plaintiff's Motion to Supplement the Record.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The following items are still pending: Plaintiff's Bill of Costs; Plaintiff's Motion for Attorney's Fees and Costs; Defendants' Renewed Motion for Judgment as a Matter of Law; Defendants' Motion for a New Trial; and Defendants' Motion to Stay Judgments Pending Appeal.

**Signature** | /s/ Spencer H. Gunnerson    **Date** | Apr 15, 2019

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**      2      *Rev. 12/01/2018*